[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




FILED
5/10/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Nathan McCue,
Plaintiff(s)

v.

Johnson et al,
Defendant(s)

Case Number: 20-cv-7318

Judge: Sara L. Ellis

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Nathan McCue**, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**
   Petti Murphy + Associates - 708-403-5500
   Finnaly, Flaherty + Krentz - 630-907-0909
   Rubin Law Group - 312-899-8333 - Mike Leonard 312-380-6559
   Scott Goldstein 312-600-0000  Marko Duric 312-223-8615
   but I have been unable to find an attorney because:
   Had Petti for a year but then said they couldn't represent because it's to hard with mental health cases. Attorneys say there's not enough money involved due to the work it takes.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- [X] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [X] I declare that my highest level of education is (check one):

  - [ ] Grammar school
  - [ ] Some high school
  - [X] High school graduate
  - [ ] Some college
  - [ ] College graduate
  - [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [X] I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

Street Address: 1197 Lady Bird Drive

Date: 5/9/22

City, State, Zip: Somonauk, IL 60552

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016