UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nathan McCue
          Plaintiff,

v.                                                     Case No.: 1:20–cv–07318
                                                  Honorable Sara L. Ellis

Jeffrey Johnson, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status hearing set for 6/28/2022 and resets it to 8/30/2022 at 9:30 a.m. The parties should file a joint status report by 8/23/2022. The Court grants Plaintiff's motion for attorney representation [7]. Plaintiff's counsel should file an amended complaint consistent with counsel's Rule 11 obligations by 8/5/2022. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (866) 434–5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.