## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN McCUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-07318 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis. |
| JEFFREY JOHNSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** [See attached service list]

**PLEASE TAKE NOTICE** that on **August 30, 2022 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Hon. Sara Ellis**, or any judge sitting in her stead in **Courtroom 1403**, 219 S. Dearborn Street, Chicago, IL 60604 there present Plaintiff's **Second Unopposed Motion for Extension of Time to File Amended Complaint**.

| | |
|---|---|
| Attorney Signature: | /s/ *Matthew D. Elster* |
| Name: | **BEERMANN LLP** |
| Address: | 161 North Clark Street, Suite 3000 |
| | Chicago, Illinois 60601 |
| Telephone: | (312) 621-9700 |
| Email: | mdelster@beermannlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically filed the aforesaid document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Matthew D. Elster*

**McCue v. Johnson, et al.**
20-cv-7318
Service List

**Defendants Johnson and City of Yorkville**

**Michael D. Bersani**
Hervas, Condon & Bersani, P.C.
mbersani@hcbattorneys.com

**Andrea Nikolai**
Hervas, Condon & Bersani, P.C.
anikolai@hcbattorneys.com

**Defendant Kendall County**

**Julie M Koerner**
OKGC Law, LLC
jkoerner@okgc.com

**Lawrence E. Neyland**
OKGC Law, LLC
lneyland@okgc.com