# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| NATHAN McCUE, | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:20-cv-07318 |
| v. | ) |
| | ) Hon. Nancy L. Maldonado |
| OFFICER JEFFREY JOHNSON, the CITY OF YORKVILLE, ILLINOIS, and UNKNOWN OFFICERS, | ) Magistrate Judge Jeffrey T. Gilbert. |
|     Defendants. | ) |

## JOINT STATUS REPORT

Plaintiff, Nathan McCue, and Defendants, Officer Jeffrey Johnson and the City of Yorkville, Illinois, through their undersigned counsel, submit the following joint status report in accordance with this Court's March 3, 2023 Minute Entry (Dkt. No. 52):

1. Earlier this week, Plaintiff's counsel learned from the LaSalle County Circuit Clerk's website that on April 6, 2023, Plaintiff's guardianship proceedings (Case No. 2022 GR 49) were dismissed that matter for want of prosecution.

2. Plaintiff's counsel are still attempting to obtain a copy of the dismissal order and to follow up with the proposed guardian to determine what steps, if any, will be taken to vacate the dismissal and/or continue to seek a guardian over Plaintiff's person and estate.

3. In the interim, Plaintiff's ongoing issues and the absence of a formal guardian continue to render difficult obtaining the requisite signatures and otherwise responding to discovery.

4. The parties suggest that they submit another joint status report on May 10, 2023 to apprise the court of whether guardianship proceedings have been re-initiated.

5. Plaintiff's counsel will continue to attempt to obtain information from the Petitioner in the guardianship proceedings and will advise Defendants' counsel of the same.

Respectfully submitted,

| /s/ *Andrea Nikolai* | /s/ *Matthew D. Elster* |
|---|---|
| Michael D. Bersani | Howard A. London |
| Andrea Nikolai | Matthew D. Elster |
| **HERVAS, CONDON & BERSANI, P.C.** | **BEERMANN LLP** |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| 333 Pierce Road #195 | 161 N Clark Street #3000 |
| Itasca, IL 60143-3156 | Chicago, IL 60601 |
| (630) 773-4774 | 312.621.9700 |
| mbersani@hcbattorneys.com | halondon@beermannlaw.com |
| anikolai@hcbattorneys.com | mdelster@beermannlaw.com |